UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ARMANDO RIOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, CORCORAN STATE PRISON, STATE OF CALIFORNIA,<br><br>　　　　Respondent. | NO. CV 11-3320-GHK (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 5/18/14

　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　United States District Judge